1  MAKAREM & ASSOCIATES, APLC
2  Ronald W. Makarem, Esq. (SB #180442)
   Marni B. Folinsky, Esq. (SB #209880)
3  11601 Wilshire Boulevard, Suite 2440
4  Los Angeles, California  90025-1760
   Phone: (310) 312-0299
5  Facsimile: (310) 312-0296
6  Email: makarem@law-rm.com
   Email: folinsky@law-rm.com
7
8  Michael H. Kim, Esq. (State Bar No. 200792)
   **MICHAEL H. KIM , P.C.**
9  3699 Wilshire Boulevard, Suite 860
10 Los Angeles, California 90010
   Telephone: (213) 639-2900
11 Facsimile: (213) 639-2909
12 Email: mkim@mhklawyers.com

13 Attorneys for Plaintiffs
14 BLAKE R. WILLIAMS and
   PEGGY J. McGREGOR, individually and
15 on behalf of all others similarly situated

16
                      UNITED STATES DISTRICT COURT
17
              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
18

| BLAKE R. WILLIAMS, an individual, and PEGGY J. McGREGOR, an individual, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBERON MEDIA, INC., a Delaware corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV 09-8764 JFW (AGRx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER 07-08**<br><br>Date: February 8, 2010<br>Time: 1:30 p.m.<br>Courtroom: 16<br><br>Complaint filed:   11/30/2009<br>Complaint served:  12/10/2009 |
|---|---|

//

# DECLARATION OF RONALD W. MAKAREM

I, Ronald W. Makarem, declare and state as follows:

1. I am an attorney at the law firm of Makarem & Associates, counsel of record For plaintiffs Blake R. Williams and Peggy J. McGregor in this action. I am a member in good standing of the State Bar of California and admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I make this declaration in response to paragraph 3 of the Court's Standing Order, dated December 10, 2009, I am lead trial counsel for plaintiffs Blake R. Williams and Peggy J. McGregor in this matter, and I have been registered as an ECF User by the United States District Court, Central District of California.

3. My E-mail Address of Record is Makarem@law-rm.com

4. I have consented to service and receipt of filed documents by electronic means in this matter.

Executed this 13th day of January, 2010, at Los Angeles.

Dated: January 13, 2010           MAKAREM & ASSOCIATES, APC

                                  By: _____
                                  Ronald W. Makarem, Esq.
                                  Marni B. Folinsky, Esq.

PROOF OF SERVICE
(Code of Civil Procedure §1013A(d))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11601 Wilshire Boulevard, Suite 2440 Los Angeles, CA 90025. On January 13, 2010, I caused the foregoing document described as:

Declaration of Lead Trial Counsel Re: Compliance with General Order 07-08

Said document was served on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Robert N. Klieger, Esq.
rklieger@kbkfirm.com
Gabriel Miller, Esq.
gmiller@kbkfirm.com
Kendall Brill & Klieger LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067

___ BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of mail and that on the same day, and in the ordinary course of business, said mail is deposited in the United States Mail with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit/proof of service.

___ PERSONAL SERVICE: I delivered said envelope by hand to the offices of the addressee(s).

_xx_ VIA ELECTRONIC MAIL: On the interested parties above-designated at the email address noted above.

___ VIA OVERNIGHT DELIVERY: I placed such envelope for regularly scheduled pickup at our offices on the date of this declaration by our usual overnight delivery service.

I declare under penalty of perjury under the laws of the State of California and the United States of American that the foregoing is true and correct. Executed on January 13, 2010, at Los Angeles, California.

*/s/ Stefani McDowell*
Stefani McDowell

Printed on Recycled Paper