KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Robert N. Klieger (192962)
  rklieger@kbkfirm.com
Gabriel D. Miller (243359)
  gmiller@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

Attorneys for Defendant
Oberon Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLAKE R. WILLIAMS, an individual, and PEGGY J. McGREGOR, an individual, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBERON MEDIA, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-09-8764 JFW (AGRx)<br><br>ORDER REGARDING CONFIDENTIALITY OF DOCUMENTS AND INFORMATION<br><br>The Honorable John F. Walter<br><br>DISCOVERY MATTER:<br>Referred to Hon. Alicia G. Rosenberg |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[PROPOSED] ORDER REGARDING CONFIDENTIALITY OF DOCUMENTS AND INFORMATION

1    IT IS HEREBY ORDERED that the Stipulation Regarding Confidentiality of
2 Documents and Information entered into by Plaintiffs Blake R. Williams and Peggy
3 J. McGregor and Defendant Oberon Media, Inc. on March 2, 2010, is in effect under
4 the terms therein.

7 Dated: March 4, 2010     _____
8                          Hon. Alicia G. Rosenberg
                           United States Magistrate Judge

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

[PROPOSED] ORDER REGARDING CONFIDENTIALITY OF DOCUMENTS AND INFORMATION
-1-